UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CLINTON LAMONT ATKINS,

      Defendant.
_____/

Case No. 1:05:CR:124

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed November 15, 2005, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Clinton Lamont Atkins' plea of guilty to Count One of the Indictment is accepted.  Defendant Clinton Lamont Atkins is adjudicated guilty.

3.    Defendant Clinton Lamont Atkins shall be detained pending sentencing.


Dated:  December 8, 2005                                   /s/ Gordon J. Quist
                                                                              GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE